FILED11 JUN'26 12:00USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:26-cr-** 00212-MTK |
| **v.** | **INDICTMENT** |
| **DUSTIN ERNEST GRUBBS,** | **18 U.S.C. § 922(a)(6)**<br>**18 U.S.C. § 924(a)(2)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(False Statements in Connection with Attempted Acquisition of Firearm)**
**(18 U.S.C. §§ 922(a)(6) and 924(a)(2))**

On or about February 18, 2026, in the District of Oregon, defendant **DUSTIN ERNEST GRUBBS** in connection with the attempted acquisition of a firearm, that is, one Taurus 709 Slim, 9mm pistol, from Federal Firearm Licensee ("FFL") 1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to FFL 1, which statement was intended to deceive FFL 1 as to a fact material to the lawfulness of such sale of said firearm to **DUSTIN ERNEST GRUBBS** under Chapter 44, Title 18, United States Code, in that **DUSTIN ERNEST GRUBBS** stated that he was the actual transferee/buyer of said firearm when he knew he was, in fact, not;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense

Dated: June 11, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

For WILLIAM M. McLAREN, OSB #143836
Assistant United States Attorney